AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*FILED SEP 13 2007 RICHARD W. WIEKING U.S. DISTRICT COURT N.D. OF CALIFORNIA*

**OFFENSE CHARGED**
36 C.F.R. 1002.34(a)(2)-
Disorderly Conduct - Class B
Misdemeanor

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

*E-filing*

**PENALTY:**
Maximum Prison Term: 6 months
Maximum Fine: $5,000
Mandatory Special Assessment: $10

**DEFENDANT - U.S.**
▶ ADRIANA CECILIO and CLEIDE MARIA

**DISTRICT COURT NUMBER**
CR 07 0586 MAG

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Department of the Interior, US Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO. _____

MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    WENDY THOMAS

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 1/26/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶    Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07 |
| Plaintiff, ) | VIOLATIONS: 36 C.F.R. §1002.34(a)(2) -- Disorderly Conduct (Class B Misdemeanor) |
| v. ) | |
| ADRIANA CECILIO, and ) CLEIDE FARIA, ) | SAN FRANCISCO VENUE   MAG |
| Defendants. ) | |

**INFORMATION**

The United States Attorney charges:

On or about January 26, 2007, in the Northern District of California, within the boundaries of an area within the purview of the National Park Service and administered by the Presidio Trust, the defendants,

ADRIANA CECILIO, and
CLEIDE FARIA,

with the intent to cause public alarm, nuisance, jeopardy, or violence, or knowingly or recklessly

//

//

INFORMATION

creating a risk thereof did use language, an utterance, or gesture, in a manner likely to inflict injury in violation of Title 36, Code of Federal Regulations, Section 1002.34(a)(2), a Class B Misdemeanor.

DATED: 9/10/07

SCOTT N. SCHOOLS
United States Attorney

GREGG W. LOWDER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION                                -2-