BETSY WOLKIN, SBN 91091
255 Kansas Street, Suite 340
San Francisco, California 94103
Tel: (415) 565-9600
Fax: (415) 565-9601

Attorneys for Defendant
CLEIDE FARIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>          Plaintiff,                              )<br>                                                              )<br>vs.                                                       )<br>                                                              )<br>CLEIDE FARIA,                              )<br>                                                              )<br>          Defendant.                          )<br>                                                              )<br>                                                              )<br>                                                              )<br>                                                              ) | No. CR-07-0586-02 EDL<br><br>DEFENDANT FARIA'S<br>SENTENCING MEMORANDUM<br><br><br><br><br><br><br><br>DATE: January 14, 2008<br>TIME: 9:30 a.m.<br>DEPT: Hon. Elizabeth D. Laporte |

   Defendant CLEIDE FARIA appears before this Court for entry of judgment and sentencing.

   Ms. FARIA has no objections to the presentence report and does not dispute any material facts contained therein.

   Ms. FARIA respectfully requests that the Court impose the sentence set forth in the plea agreement and recommended by the probation officer. That sentence includes two years of supervised probation, a $500 fine, a $10 special assessment, and a requirement that the defendant have no contact with the victim or the victim's family.

   As explained in the presentence report, Ms. FARIA, is 49 years old, owns her own business, has no arrest record or history of violence. Her offense is an aberration from her normally law abiding

- 2 -

1  lifestyle. Ms. FARIA is both extremely remorseful for her conduct and extremely embarrassed by
2  her actions. She realizes that she should have resolved the business dispute that existed with the
3  victim through peaceful discussion rather than through a confrontation on the street that led to a
4  physical and verbal altercation. Supervised probation will allow Ms. FARIA to demonstrate to this
5  court that this behavior was truly aberrational, address any possible rehabilitative issues and provide
6  sufficient punishment.

7  DATED: January 7, 2008                    Respectfully submitted,

10                                  ____/S/____
   BETSY WOLKIN
11                                  Attorney for Defendant
   CLEIDE FARIA

**PROOF OF SERVICE**

I, the undersigned say:

I am a citizen of the United States and employed in the County of San Francisco, State of California; I am over the age of 18 years and am not a party to the within action; my business address is 255 Kansas Street, Suite 340, San Francisco, CA 94103.

On January 8, 2008, I personally served a true copy of SENTENCING MEMORANDUM on the parties below by hand delivery or by depositing a true copy of the original thereof enclosed in a sealed envelope with postage fully prepaid, in the United States mail at San Francisco, California, addressed as follows:

WENDY MAY THOMAS
Assistant United States Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

CHERYL L. SIMONE
U.S. Probation Officer
450 Golden Gate Avenue
Suite 17-6884
P.O. Box 36057
San Francisco, CA 94102-3487

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2008 at San Francisco, California..

    /s/ Betsy Wolkin
    BETSY WOLKIN

- 6 -