

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

April 10, 2008

The Honorable Elizabeth D. Laporte
United States Magistrate Judge
San Francisco, CA

Re:     Cleide Faria
        Docket No.:  CR 07-0586-02 MAG
        <u>TRAVEL REQUEST</u>

Your Honor:

On January 14, 2008, the offender was sentenced by Your Honor to 2 years probation, for a violation of the following: Disorderly Conduct, 36 U.S.C. § 1002.34(a)(2), a Class B misdemeanor. The following special conditions of probation were ordered: Special assessment $10; fine $500; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; no contact with Maria de Souza Galvao.

Since beginning probation, Ms. Faria has cooperated with the Probation Office and has followed all directives. Ms. Faria has a suitable residence and stable employment. Ms. Faria is requesting permission from the Court to travel to Brazil to attend to some family matters. Her sister passed away several months ago and was the primary care giver for several of her grandchildren. Ms. Faria is working with her family to find a suitable residence for these children. Ms. Faria's brother is also terminally ill with cancer and she wishes to spend some time with him. She is requesting to take this trip sometime in late May or early June. She would like to stay in Brazil for 4-8 weeks.

The undersigned recommends that travel be approved.

NDC-SUPV-049 11/14/05

Cleide Faria                                                                 Page 2
CR 07-0586-02 MAG

Respectfully submitted,                        Reviewed by:


_____                        _____
Jennifer Hutchings                             James Schloetter
U.S. Probation Officer                         Supervisory U.S. Probation Officer

═══════════════════════════════════════════════════════════════════════════

Travel is:
☑ Approved
☐ Denied


_____                        _____
Date  Apr 14, 2008                             Elizabeth D. Laporte
                                               United States Magistrate Judge


NDC-SUPV-049 11/14/05